**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | NO. 4:06CR00297-06 GTE |
| **LILLY TANNER** | **DEFENDANT** |

## AMENDMENT TO CORRECT JUDGMENT AND COMMITMENT

On August 2, 2007, the Defendant, Lilly Tanner, was sentenced to a term of Probation of One (1) Year along with specific conditions.  Page 2 of the Judgment and Commitment calls for collection of DNA as directed by the probation office.  Defendant Tanner was charged with a Class A Misdemeanor.  DNA collection is not mandatory for a misdemeanor.

IT IS THEREFORE ORDERED that Page 2 of the Judgment and Commitment, dated August 2, 2007, is corrected to show that collection of DNA is **NOT** necessary.  All other terms of the Judgment and Commitment shall remain the same

Dated this 22nd day of April, 2008.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE